IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| ANGELA MATHNEY as parent and/or guardian of SERENITY WILLIAMS, | Case No._____ |
| Plaintiff, | |
| v. | |
| WAL-MART STORES EAST, LP d/b/a WAL-MART SUPERCENTER #556, JOHN DOE & XYZ CORPORATION, | |
| Defendants._____/ | |

## NOTICE OF REMOVAL

COMES NOW WAL-MART STORES EAST, LP d/b/a WAL-MART SUPERCENTER #556, named Defendant in the above-captioned matter, by and through its counsel of record, within the time prescribed by law, and files this Notice of Removal, showing the Court as follows:

1.

The above-named Plaintiff filed suit against Defendants WAL-MART STORES EAST, LP d/b/a WAL-MART SUPERCENTER #556, JOHN DOE and XYZ CORPORATION in the State Court of Forsyth County, Georgia, which is within the Gainesville Division of this Court. 28 U.S.C.A. § 90 (a)(2).  Said lawsuit

is styled as above and is numbered as Civil Action File No. 21SC-1458-A. Plaintiff's claims against Defendant include claims of negligence.

2.

Plaintiff filed the Complaint on or about October 5, 2021.  Defendant WAL-MART STORES EAST, LP d/b/a WAL-MART SUPERCENTER #556 has not yet been served with a copy of the summons and Complaint.  Defendant WAL-MART STORES EAST, LP d/b/a WAL-MART SUPERCENTER #556 timely files this notice of Removal.

3.

Defendant Wal-Mart Stores East, LP is a Delaware limited partnership, of which WSE Management, LLC is the only general partner, and WSE Investment, LLC is the only limited partner. The sole member of WSE Management, LLC and of WSE Investment, LLC is Wal-Mart Stores East, LLC, and the sole member of Wal-Mart Stores East, LLC is Walmart Inc. Walmart Inc. is a Delaware corporation with its principal place of business in the State of Arkansas, and it was not a citizen of the State of Georgia at the time of or immediately prior to the filing and service of this lawsuit or at any time thereafter. The principal place of business for all entities mentioned in this paragraph is 708 SW 8th Street, Bentonville, AR  72716.

4.

Plaintiff is a citizen of the State of Georgia.

5.

Complete diversity of citizenship exists between Plaintiff and Defendant.

6.

The citizenship of the fictitious John Doe and XYX Corporation are disregarded for purposes of determining jurisdiction. 28 U.S.C. § 1441(a).

7.

Plaintiff claims numerous injuries, including bilateral knee pain, low back pain and head pain, past and future pain and suffering, mental anguish, past and future medical expenses, and claims total damages exceeding $4,000,000. (Exh. A).  In order to attempt to compromise and resolve the claim, Plaintiff transmitted a $1,000,000 settlement demand on January 14, 2021 (Exhibit "A"), thereby meeting the jurisdictional requirement for federal subject matter jurisdiction.  See Lowery v. Alabama Power Co., 483 F.3d 1184, 1262 n.62 (11th Cir. 2007) (quoting 28 U.S.C. § 1446(b)); Addo v. Globe Life & Accident Ins. Co., 230 F.3d 759, 761–62 (5th Cir.2000); Williams v. Safeco Ins. Co., 74 F.Supp.2d 925, 929 (W.D.Mo.1999); Southern Ins. Co. of Virginia v. Karrer, Civil Action No. 3:10–CV–84 (CAR), 2011 Westlaw 1100030 (M.D.Ga. Mar. 22, 2011); Golden

Apple Management Co. v. Geac Computers, Inc., 990 F.Supp. 1364, 1368 (M.D.Ala. 1998); Jackson v. Select Portfolio Servicing, 651 F.Supp.2d 1279, 1281 (S.D.Ala. 2009); Barlow v. Variety Wholesalers, Civil Action No. 5:14-CV-375 (WLS) (M.D.Ga. Dec. 17, 2014); Devezin v. Wal-Mart Stores East, LP, Civil Action No. 1:134-CV-3721 (CAP) (N.D.Ga February 20, 2015); Peterman v. Wal-Mart Stores, Civil Action No. 1:13-cv-91 (WLS), 2013 Westlaw 5210188 (M.D.Ga. Sept. 13, 2013); Farley v. Variety Wholesalers, Civil Action No. 5:13-CV-52 (CAR), 2013 Westlaw 1748608 (M.D.Ga. April 23, 2013); Streicher v. Sam's East, Inc., Civil Action File No. CV419-01(WTM) (S.D. Ga March 4, 2019).  The amount in controversy, exclusive of interest and costs, exceeds $75,000.

8.

This action is removable pursuant to 28 U.S.C. §§ 1332, 1441, based on complete diversity of citizenship between Plaintiff and Defendant.

9.

Pursuant to 28 U.S.C. § 1446, Defendant has attached as Exhibit "B" copies of all the pleadings that have been filed to date in the State Court of Forsyth County, Georgia for the above-styled case.

10.

Pursuant to 28 U.S.C. § 1446, Defendant is not required to file a removal bond.

11.

Written notice of the filing of this Notice of Removal will be given to all parties as required by 28 U.S.C. § 1446.

12.

A true and correct copy of this Notice of Removal will be filed with the Clerk of the State Court of Forsyth County, Georgia, as required by 28 U.S.C. § 1446.

WHEREFORE, Defendant WAL-MART STORES EAST, LP d/b/a WAL-MART SUPERCENTER #556 prays that the above-captioned lawsuit be removed to the United States District Court for the Northern District of Georgia, Gainesville Division.

                                McLAIN & MERRITT, P.C.

                                /s/ Ernest L. Beaton, IV
                                Ernest L. Beaton, IV
                                Georgia State Bar No. 213044
                                Attorneys for Defendant

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326-3240
(404) 266-9171
ebeaton@mmatllaw.com

## CERTIFICATE OF SERVICE

This is to certify that on November 30 I electronically filed a **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

McLAIN & MERRITT, P.C.

/s/ Ernest L. Beaton, IV
Ernest L. Beaton, IV
Georgia State Bar No. 213044
Attorneys for Defendant

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326-3240
(404) 266-9171
ebeaton@mmatllaw.com