IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

ANGELA MATHNEY as parent/or                    Civil Action File No.
Guardian of SERENITY WILLIAMS,                 2:21-CV-00256-SCJ

      Plaintiff,

v.

WAL-MART STORES EAST, LP, d/b/a
WAL-MART STORE #556,

      Defendant.
_____/

## CONSENT ORDER OF REMAND

It appearing to the Court and the parties stipulating that the amount in controversy does not exceed $75,000, by consent of the parties, and for good cause shown,

It is hereby ORDERED that this case is REMANDED to the State Court of Forsyth County.  The parties STIPULATE, and it is ORDERED that any verdict greater than $75,000 shall be written-down to the sum of $75,000 so that no judgment shall be entered against defendant Wal-Mart Stores East, LP d/b/a Wal-Mart Store #556, or against any other Wal-Mart entity, in an amount greater than $75,000 in this or in any subsequent refiling of this case.   Plaintiff further stipulates and agrees that any subsequent refiling of Plaintiff's Complaint will be in Forsyth County State Court only.

This __9th__ day of __February__, 2022.

       _s/Steve C. Jones_

       Hon. Steve C. Jones

       United States District Court

Consented to by:

_/s/ Johnny Phillips_
Johnny Phillips
GA Bar No. 382150
Law Office of Johnny Phillips, PC
12 Jackson Street
Newnan, GA 30263
johnny@johnnyphillipslaw.com
Attorney for Plaintiff


_/s/ Ernest L. Beaton, IV_
Ernest L. Beaton, IV
GA Bar No. 213044
McLain & Merritt, PC
3445 Peachtree Road, NE
Suite 500
Atlanta, GA 30326
ebeaton@mmatllaw.com
Attorney for Defendant